# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:  §
  §
CROSBY, PAMELA MARIE  §   Case No. 10-76357
  §
_____Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DANIEL M. DONAHUE_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-76357 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | CROSBY, PAMELA MARIE | Date Filed (f) or Converted (c): | 12/31/10 (f) |
| | | 341(a) Meeting Date: | 02/07/11 |
| For Period Ending: 08/01/11 | | Claims Bar Date: | 07/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 23111 Norma Lane Harvard, IL 60033 | 171,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash with debtor | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account with American Community Bank, Cry | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. Misc. household goods with debtor | 1,850.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc. books and CD's with debtor | 40.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc. clothes with debtor | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc. jewelry with debtor | 75.00 | 0.00 | DA | 0.00 | FA |
| 8. Misc. hobby and sports equipment with debtor | 85.00 | 0.00 | DA | 0.00 | FA |
| 9. Term life insurance with American Family Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 401(k) with Transamerica Investment, Los Angeles, | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2010 Chevrolet Malibu with 6,000 miles | 13,300.00 | 0.00 | DA | 0.00 | 0.00 |
| 12. Income tax refund | 6,785.00 | 0.00 | | 6,000.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $218,675.00 | $0.00 | | $6,000.16 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  /  /       Current Projected Date of Final Report (TFR):  /  /

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-76357 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | CROSBY, PAMELA MARIE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3710 MONEY MARKET |
| Taxpayer ID No: | *******8250 | | |
| For Period Ending: | 08/01/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/11 | 12 | PAMELA MARIE CROSBY<br>23111 NORMA LN<br>HARVARD, IL 60033-8212 | TAX REFUND | 1124-000 | 6,000.00 | | 6,000.00 |
| 04/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 6,000.01 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,000.06 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016018067<br>TERM: 06/01/11 - 06/01/12 | 2300-000 | | 5.13 | 5,994.93 |
| 06/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,994.98 |
| 07/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,995.03 |
| 08/01/11 | | Transfer to Acct #*******3875 | Final Posting Transfer | 9999-000 | | 5,995.03 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,000.16 | 6,000.16 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,995.03 | |
| Subtotal | 6,000.16 | 5.13 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,000.16 | 5.13 | |

Page Subtotals 6,000.16 6,000.16

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM24

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-76357 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | CROSBY, PAMELA MARIE | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******3875 GENERAL CHECKING |
| Taxpayer ID No: | *******8250 |  |  |
| For Period Ending: | 08/01/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/01/11 |  | Transfer from Acct #*******3710 | Transfer In From MMA Account | 9999-000 | 5,995.03 |  | 5,995.03 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 5,995.03 | 0.00 | 5,995.03 |
| Less: Bank Transfers/CD's | 5,995.03 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| MONEY MARKET - *******3710 | 6,000.16 | 5.13 | 0.00 |
| GENERAL CHECKING - *******3875 | 0.00 | 0.00 | 5,995.03 |
|  | 6,000.16 | 5.13 | 5,995.03 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    5,995.03    0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-76357 | | Page 1 | | Date: August 01, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | CROSBY, PAMELA MARIE | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $945.50 | $0.00 | $945.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $30.05 | $0.00 | $30.05 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Administrative | | $5.13 | $5.13 | $0.00 |
| 000001 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $6,484.68 | $0.00 | $6,484.68 |
| 000002 070 7100-00 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | $1,324.85 | $0.00 | $1,324.85 |
| 000003 070 7100-00 | American InfoSource LP as agent for WFNNB  as assignee of Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $1,205.58 | $0.00 | $1,205.58 |
| 000004 070 7100-00 | American InfoSource LP as agent for WFNNB  as assignee of Maurices PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $1,899.44 | $0.00 | $1,899.44 |
| 000005 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $28,780.71 | $0.00 | $28,780.71 |
| 000006 070 7100-00 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Unsecured | | $2,578.94 | $0.00 | $2,578.94 |
| 000007 070 7100-00 | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | Unsecured | | $3,139.16 | $0.00 | $3,139.16 |
| 000008 070 7100-00 | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | Unsecured | | $3,028.92 | $0.00 | $3,028.92 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-76357 | | Page 2 | | Date: August 01, 2011 |
| Debtor Name: | CROSBY, PAMELA MARIE | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | Unsecured | | $3,029.57 | $0.00 | $3,029.57 |
| 000010 070 7100-00 | US Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Unsecured | | $10,843.49 | $0.00 | $10,843.49 |
| 000011 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $1,690.80 | $0.00 | $1,690.80 |
| | Case Totals: | | | $64,986.82 | $5.13 | $64,981.69 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-76357
Case Name: CROSBY, PAMELA MARIE
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | American InfoSource LP as agent for | $ | $ | $ |
| 000003 | American InfoSource LP as agent for WFNNB | $ | $ | $ |
| 000004 | American InfoSource LP as agent for WFNNB | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Capital One,N.A | $ | $ | $ |
| 000007 | Us Dept Of Education | $ | $ | $ |
| 000008 | Us Dept Of Education | $ | $ | $ |
| 000009 | Us Dept Of Education | $ | $ | $ |
| 000010 | US Bank N.A. | $ | $ | $ |
| 000011 | GE Money Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

      Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE