UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                          §
                                §
CROSBY, PAMELA MARIE            §       Case No. 10-76357
                                §
         Debtor(s)              §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/07/2011 in Courtroom 115,
                    United States Courthouse
                    211 S. Court St.
                    Rockford, IL  61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/01/2011            By: /s/ Daniel M. Donahue
                                                Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
CROSBY, PAMELA MARIE § Case No. 10-76357
 §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 6,000.16 |
| and approved disbursements of | $ | 5.13 |
| leaving a balance on hand of[1] | $ | 5,995.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 1,350.02 | $ 0.00 | $ 1,350.02 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 945.50 | $ 0.00 | $ 945.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 30.05 | $ 0.00 | $ 30.05 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2,325.57 |
| Remaining Balance | $ | 3,669.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,006.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,484.68 | $ 0.00 | $ 371.77 |
| 000002 | American InfoSource LP as agent for | $ 1,324.85 | $ 0.00 | $ 75.95 |
| 000003 | American InfoSource LP as agent for WFNNB | $ 1,205.58 | $ 0.00 | $ 69.12 |
| 000004 | American InfoSource LP as agent for WFNNB | $ 1,899.44 | $ 0.00 | $ 108.89 |
| 000005 | Chase Bank USA, N.A. | $ 28,780.71 | $ 0.00 | $ 1,649.99 |
| 000006 | Capital One,N.A | $ 2,578.94 | $ 0.00 | $ 147.85 |
| 000007 | Us Dept Of Education | $ 3,139.16 | $ 0.00 | $ 179.97 |
| 000008 | Us Dept Of Education | $ 3,028.92 | $ 0.00 | $ 173.65 |
| 000009 | Us Dept Of Education | $ 3,029.57 | $ 0.00 | $ 173.68 |
| 000010 | US Bank N.A. | $ 10,843.49 | $ 0.00 | $ 621.66 |
| 000011 | GE Money Bank | $ 1,690.80 | $ 0.00 | $ 96.93 |

Total to be paid to timely general unsecured creditors  $ 3,669.46

Remaining Balance  $ 0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/Daniel M. Donahue
                                      Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Pamela Marie Crosby  
    Debtor

Case No. 10-76357-MB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3     User: kkrystave     Page 1 of 2     Date Rcvd: Aug 08, 2011  
                          Form ID: pdf006     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2011.

```
db           +Pamela Marie Crosby,    23111 Norma Lane,    Harvard, IL 60033-8212
aty           Daniel M Donahue,    P. O. Box 2903,    Rockford, IL   61132-2903
aty          +Erick J Bohlman,    Bohlman Law Offices, PC,    780 McArdle Dr.,   Unit F,
               Crystal Lake, IL 60014-8155
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL   61132-2903
16622884     +Bac Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
17264956     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16622885     +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17244735      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16622887     +G M A C,    Po Box 130424,    Roseville, MN 55113-0004
16622888     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
16622890     +Target,    Po Box 9475,    Minneapolis, MN 55440-9475
17511501    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   US Bank N.A.,    PO Box 5229,    Cincinnati, OH 45201)
16622891    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND 58125)
16622892     +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
16622893     +Victoria's Secret,    Po Box 182124,    Columbus, OH 43218-2124
16622894     +Visdsnb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
16622895     +Wfnnb/maurices,    Po Box 182124,    Columbus, OH 43218-2124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16622883     +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2011 01:34:24      Am-eagle/mccbg/GEMB,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
17176719      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2011 01:43:45
               American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
17176876      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2011 01:43:45
               American InfoSource LP as agent for WFNNB,    as assignee of,    Maurices,    PO Box 248872,
               Oklahoma City, OK   73124-8872
17176875      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 09 2011 01:43:45
               American InfoSource LP as agent for WFNNB,    as assignee of,    Victoria's Secret,
               PO Box 248872,    Oklahoma City, OK   73124-8872
17176658      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 09 2011 01:53:53      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
16622886     +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 09 2011 01:53:53      Discover Fin,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
17526869      E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2011 01:34:24      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16622889     +E-mail/PDF: cr-bankruptcy@kohls.com Aug 09 2011 01:34:33      Kohls,    Attn: Recovery Dept,
               Po Box 3120,    Milwaukee, WI 53201-3120
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*          Daniel Donahue,    P O Box 2903,    Rockford, IL   61132-2903
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3           User: kkrystave              Page 2 of 2                  Date Rcvd: Aug 08, 2011
                               Form ID: pdf006              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 10, 2011**                    **Signature:**    _Joseph Speetjens_