### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CROSBY, PAMELA MARIE | § | Case No. 10-76357 |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DANIEL M. DONAHUE _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servicing 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | G M A C Po Box 130424 Roseville, MN 55113 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Visdsnb Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000006 | CAPITAL ONE,N.A | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000011 | GE MONEY BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | US BANK N.A. | | | | | |
| 000007 | US DEPT OF EDUCATION | | | | | |
| 000008 | US DEPT OF EDUCATION | | | | | |
| 000009 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    1

**Exhibit 8**

Case No:    10-76357    MLB   Judge: MANUEL BARBOSA
Case Name:    CROSBY, PAMELA MARIE

Trustee Name:    DANIEL M. DONAHUE
Date Filed (f) or Converted (c):    12/31/10 (f)
341(a) Meeting Date:    02/07/11

For Period Ending:  11/01/11

Claims Bar Date:    07/21/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 23111 Norma Lane Harvard, IL 60033 | 171,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash with debtor | 40.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking account with American Community Bank, Cry | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. Misc. household goods with debtor | 1,850.00 | 0.00 | DA | 0.00 | FA |
| 5. Misc. books and CD's with debtor | 40.00 | 0.00 | DA | 0.00 | FA |
| 6. Misc. clothes with debtor | 300.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc. jewelry with debtor | 75.00 | 0.00 | DA | 0.00 | FA |
| 8. Misc. hobby and sports equipment with debtor | 85.00 | 0.00 | DA | 0.00 | FA |
| 9. Term life insurance with American Family Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 401(k) with Transamerica Investment, Los Angeles, | 25,000.00 | 0.00 | DA | 0.00 | FA |
| 11. 2010 Chevrolet Malibu with 6,000 miles | 13,300.00 | 0.00 | DA | 0.00 | 0.00 |
| 12. Income tax refund | 6,785.00 | 0.00 | | 6,000.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $218,675.00 | $0.00 | | $6,000.16 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

LFORM1

Ver: 16.04e

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 10-76357  -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | CROSBY, PAMELA MARIE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3710  MONEY MARKET |
| Taxpayer ID No: | *******8250 | | | |
| For Period Ending: | 11/01/11 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/11 | 12 | PAMELA MARIE CROSBY 23111 NORMA LN HARVARD, IL  60033-8212 | TAX REFUND | 1124-000 | 6,000.00 | | 6,000.00 |
| 04/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 6,000.01 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,000.06 |
| 06/16/11 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 TERM:  06/01/11 - 06/01/12 | 2300-000 | | 5.13 | 5,994.93 |
| 06/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,994.98 |
| 07/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,995.03 |
| 08/01/11 | | Transfer to Acct #*******3875 | Final Posting Transfer | 9999-000 | | 5,995.03 | 0.00 |

|  | | Deposits | Disbursements | |
|---|---|---|---|---|
| COLUMN TOTALS | | 6,000.16 | 6,000.16 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 5,995.03 | |
| Subtotal | | 6,000.16 | 5.13 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 6,000.16 | 5.13 | |

Page Subtotals     6,000.16          6,000.16

Ver: 16.04e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 10-76357 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | CROSBY, PAMELA MARIE | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3875  GENERAL CHECKING |
| Taxpayer ID No: | *******8250 | | | |
| For Period Ending: | 11/01/11 | | Blanket Bond (per case limit): | $  1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/11 | | Transfer from Acct #*******3710 | Transfer In From MMA Account | 9999-000 | 5,995.03 | | 5,995.03 |
| 09/08/11 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 1,350.02 | 4,645.01 |
| 09/08/11 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 945.50 | 3,699.51 |
| 09/08/11 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 30.05 | 3,669.46 |
| 09/08/11 | 000103 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 5.7% | 7100-000 | | 371.77 | 3,297.69 |
| 09/08/11 | 000104 | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000002, Payment 5.7% | 7100-000 | | 75.95 | 3,221.74 |
| 09/08/11 | 000105 | American InfoSource LP as agent for WFNNB  as assignee of Victoria's Secret PO Box 248872 Oklahoma City, OK 73124-8872 | Claim 000003, Payment 5.7% | 7100-000 | | 69.12 | 3,152.62 |
| 09/08/11 | 000106 | American InfoSource LP as agent for WFNNB  as assignee of Maurices PO Box 248872 Oklahoma City, OK 73124-8872 | Claim 000004, Payment 5.7% | 7100-000 | | 108.89 | 3,043.73 |
| 09/08/11 | 000107 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 5.7% | 7100-000 | | 1,649.99 | 1,393.74 |
| 09/08/11 | 000108 | Capital One,N.A c/o Creditors Bankruptcy Service | Claim 000006, Payment 5.7% | 7100-000 | | 147.85 | 1,245.89 |
| | | | Page Subtotals | | 5,995.03 | 4,749.14 | |

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-76357  -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | CROSBY, PAMELA MARIE | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3875  GENERAL CHECKING |
| Taxpayer ID No: | *******8250 | | |
| For Period Ending: | 11/01/11 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/08/11 | 000109 | P O Box 740933<br>Dallas,Tx 75374<br>Us Dept Of Education | Claim 000007, Payment 5.7% | 7100-000 | | 179.97 | 1,065.92 |
| 09/08/11 | 000110 | Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403<br>Us Dept Of Education | Claim 000008, Payment 5.7% | 7100-000 | | 173.65 | 892.27 |
| 09/08/11 | 000111 | Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403<br>Us Dept Of Education | Claim 000009, Payment 5.7% | 7100-000 | | 173.68 | 718.59 |
| 09/08/11 | 000112 | Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403<br>US Bank N.A. | Claim 000010, Payment 5.7% | 7100-000 | | 621.66 | 96.93 |
| 09/08/11 | 000113 | PO Box 5229<br>Cincinnati, OH 45201<br>GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000011, Payment 5.7% | 7100-000 | | 96.93 | 0.00 |

Page Subtotals        0.00        1,245.89

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

| | |
|---|---|
| Case No: | 10-76357 -MLB |
| Case Name: | CROSBY, PAMELA MARIE |
| Taxpayer ID No: | *******8250 |
| For Period Ending: | 11/01/11 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3875  GENERAL CHECKING |
| Blanket Bond (per case limit): | $  1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,995.03 | 5,995.03 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 5,995.03 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,995.03 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,995.03 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******3710 | 6,000.16 | 5.13 | 0.00 |
| GENERAL CHECKING - *******3875 | 0.00 | 5,995.03 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,000.16 | 6,000.16 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 16.04e